```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 12968
   MICHAEL JOHNSON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7628


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/19/2007 and was not confirmed.

      The case was transferred 12/13/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
ALLIANCE FINANCIAL CREDI   UNSECURED         5125.52           .00             .00
CAPITAL ONE AUTO FINANCE   SECURED VEHIC     6940.00           .00          400.61
CAPITAL ONE                UNSECURED        NOT FILED          .00             .00
JUDICIAL SALES CORP        NOTICE ONLY      NOT FILED          .00             .00
LITTON LOAN SERVICING      SECURED NOT I        .00            .00             .00
LITTON LOAN SERVICING      SECURED NOT I        .00            .00             .00
PIERCE & ASSOC             NOTICE ONLY      NOT FILED          .00             .00
WILSHIRE CREDIT CORPORAT   CURRENT MORTG        .00            .00             .00
CAPITAL ONE                UNSECURED          194.54           .00             .00
WILSHIRE CREDIT CORPORAT   MORTGAGE ARRE    10000.00           .00             .00
CAPITAL ONE AUTO FINANCE   UNSECURED         2394.42           .00             .00
WILSHIRE CREDIT CORPORAT   UNSECURED        NOT FILED          .00             .00
WORLD OMNI FINANCIAL COR   SECURED NOT I        .00            .00             .00
LITTON LOAN SERVICING      CURRENT MORTG        .00            .00             .00
LEGAL REMEDIES CHARTERED   DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                           27.39
DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     428.00

PRIORITY                                               .00
SECURED                                             400.61
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                 27.39
DEBTOR REFUND                                          .00
                         ---------------     ---------------
TOTALS                      428.00                  428.00



              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 12968 MICHAEL JOHNSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |